# Court of Appeals
# of the State of Georgia

ATLANTA,  June 05, 2024

*The Court of Appeals hereby passes the following order:*

## A24E0074. KIRKLAND v. KIRKLAND.

Jamie Russell Kirkland filed an application for discretionary review from a trial court order denying his motion to set aside and/or motion for new trial in this divorce action. This Court granted Jamie's application, and Jamie filed a timely notice of appeal on May 6, 2024. Jamie has filed an emergency motion for an extension of time to file the transcript pursuant to OCGA § 5-6-39 and Court of Appeals Rule 40 (b). While the case has not yet been docketed in this Court, OCGA § 5-6-39 (a) (3) & (d) permit this Court to grant an extension of time for the filing of the transcript provided that the motion for an extension is made before expiration of the period for filing. Because Jamie's emergency motion for an extension of time was filed before expiration of the period for filing as originally prescribed by OCGA § 5-6-42, we hereby GRANT Jamie's motion and extend the time to file a transcript in this case to July 5, 2024.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  06/05/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.